FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MELINDA PEETERS, formerly known as Melinda Herda,

Plaintiff,

v.

BENEFICIAL FINANCIAL INC., doing business as BENEFICIAL MORTGAGE COMPANY, formerly known as BENEFICIAL WASHINGTON INC.,

Defendant.

No. 2:16-CV-0097-SMJ

**ORDER DISMISSING CASE**

On August 14, 2017, the parties filed a stipulated dismissal, ECF No. 32. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal With Prejudice, **ECF No. 32**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

1     **5.**     The Clerk's Office is directed to **CLOSE** this file.

2          **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

3     and provide copies to all counsel.

4          **DATED** this 15th day of August 2017.

5
                    _____
6                   SALVADOR MENDOZA, JR.
                    United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER **-** 2